## Commonwealth *v.* Wilson, Appellant.

Argued December 10, 1973. *Jerome R. Smith,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas; reargument refused February 19, 1974.

SPAULDING, J., absent.